UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.          Case No.  07-cr-174-01-SM

Belca Guerrero

O R D E R

Defendant Guerrero's motion to continue the final pretrial conference and trial is granted  (document 6).   Trial has been rescheduled for the August  2008 trial period.   Defendant Guerrero shall file a waiver of speedy trial rights not later than June 6, 2008.    On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   July 25,  2008 at 3:30 p.m.

**Jury Selection**: August 5, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 27, 2008

cc:   Paul Haley, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal